UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIO QUINTANA,<br><br>                                Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>                                Respondents. | Case No.:  26-CV-2847 JLS (DEB)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>(ECF Nos. 1, 5) |

Presently before the Court is Respondents' Notice of Execution of Removal Order ("Not.," ECF No. 5), informing the Court that Petitioner has been removed to Mexico. Respondents previously informed the Court that "an immigration judge granted Petitioner pre-conclusion voluntary departure," and thus, the government "intend[ed] to facilitate Petitioner's voluntary departure imminently." ECF No. 3 at 1. Accordingly, as Petitioner has been voluntarily removed, the Court **DISMISSES** the Petition (ECF No. 1). As this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  June 9, 2026

Hon. Janis L. Sammartino
United States District Judge

1

26-CV-2847 JLS (DEB)